IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 2:14-cr-00002 |
| v. | ) | Judge Haynes |
| | ) | |
| APRIL ELIZABETH JOHNSON, | ) | |
| | ) | |

**O R D E R**

A Status Conference is set in this action for **Monday, January 26, 2015 at 10:00 a.m.**, in the United States Courthouse in Nashville, TN.

It is so **ORDERED**.

**ENTERED** this the 3rd day of November, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge